1  STEVEN W. PITE (CA SBN 157537)
   JOHN D. DUNCAN (CA SBN 179560)
2  BRIAN A. PAINO (CA SBN 251243)
   PITE DUNCAN, LLP
3  525 E. Main Street
   P.O. Box 12289
4  El Cajon, CA 92022-2289
   Telephone: (619) 590-1300
5  Facsimile: (619) 590-1385

6  Attorneys for  WELLS FARGO HOME MORTGAGE, INC., as servicing agent for Wells
                  Fargo Bank, N.A., its successors and/or assigns
7

8                       UNITED STATES BANKRUPTCY COURT

9            CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

10 | In re                              | Case No. 2:08-BK-19486-AA    |
11 | MARUS J. SAMPSON II,               | Chapter 13                   |
12 |         Debtor(s).                 | PROOF OF SERVICE BY MAIL     |

13

14         I, Ja'Mar S. Montgomery, declare that:

15         I am employed in the County of San Diego, California.  My business address is:

16 525 E. Main Street, P.O. Box 12289, El Cajon, CA 92022-2289.  I am over the age of eighteen years

17 and not a party to this cause.

18         On July 10, 2008, I served the PROOF OF CLAIM (WITH ATTACHMENTS) AND

19 REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF

20 RIGHTS in said cause by placing true and correct copies thereof enclosed in a sealed envelope with

21 postage thereon fully prepaid in the United States Mail at El Cajon, California, addressed as follows:

22 SEE ATTACHED SERVICE LIST.

23         I declare under penalty of perjury that the foregoing is true and correct and that this

24 declaration was executed on July 10, 2008, at El Cajon, California.

25

26                                         /s/ Ja'Mar S. Montgomery

27

28

**SERVICE LIST**

**DEBTOR(S)**

Marus J. Sampson II
6201 South Normandie Avenue
Los Angeles, CA 90044

**CHAPTER 13 TRUSTEE**

Kathy A. Dockery
700 South Flower Street, Suite 1950
Los Angeles, CA 90017

2035267.wpd