KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213)-996-4426





FILED
AUG 2 2 2008
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

ENTERED
AUG 2 2 2008
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:

MARUS J SAMPSON, II

Debtor(s).

Case No.: LA08-19486-AA

Chapter 13

ORDER DISMISSING CHAPTER 13 CASE DUE TO FAILURE OF DEBTOR(S) TO MAKE ALL REQUIRED PRECONFIRMATION PAYMENTS PURSUANT TO 11 U.S.C. §1307(c)(4)

DATE:   August 13, 2008
TIME    9:00 am
PLACE:  Room 103
        725 S. Figueroa Street
        Los Angeles, CA 90017

The Debtor(s) having failed to make all required preconfirmation payments at the duly noticed §341(a) meeting of creditors, and good cause appearing, it is hereby,

ORDERED:

1. That all stay and restraining orders arising under 11 U.S.C. 362(a) and 1301 are vacated and dissolved;

2. That this case is dismissed and all pending motions and adversary proceedings in this case are moot and dismissed.

DATED:   AUG 2 2 2008

_____
UNITED STATES BANKRUPTCY JUDGE

## PROOF OF SERVICE BY U.S. MAIL

I, Gloria Mangum, declare as follows:

I am employed in the County of Los Angeles, State of California. My business address is 700 S. Flower Street, Suite 1950, Los Angeles, California 90017. I am over the age of eighteen and not a party to this case. On 8/18/08, I served the "**ORDER DISMISSING CHAPTER 13 CASE DUE TO FAILURE OF DEBTOR(S) TO MAKE ALL REQUIRED PRECONFIRMATION PAYMENTS PURSUANT TO 11 U.S.C. §1307(c)(4)**" by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California addressed as follows:

[See Service list]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and executed at Los Angeles, California.

DATED: 8/18/08

_____
Gloria Mangum

### Service List

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

MARUS J SAMPSON, II
6201 S NORMANDIE AVE
LOS ANGELES, CA 90044

BRICE, VANDER LINDEN & WERNICK P.C.
CITIMORTGATGE, INC
P O BOX 829009
DALLAS, TX 75382-9009

PITE DUNCAN, LLP
RE WELLS FARGO HOME MORTGAGE, INC
525 E MAIN STREET
P O BOX 12289
EL CAJON, CA 92022-2289